IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CASE NO. 3:05MC338 |
| ) | (Financial Litigation Unit) |
| RONALD J. STEPHENS, JR. ) | |
| ) | |
| and ) | |
| ) | |
| HEWITT ASSOCIATES, LLC. ) | |
| Garnishee. ) | |

DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Ronald J. Stephens, Jr. is DISMISSED.

Signed: June 27, 2007

Graham C. Mullen
United States District Judge